# EXHIBIT C

**HAWKINS PARNELL & YOUNG, LLP**
By: Roy F. Viola, Jr., Esq. (ID 015301993)
Manuel A. Guevara (ID 165742016)
600 Lexington Ave, 8th Floor
New York, New York 10022
Tel: 212.897.9655
Fax: 646.589.8700
Attorneys for Defendant
**American International Industries, *incorrectly sued as American International Industries, Inc.***

| | |
|---|---|
| MARVIN FIELDS,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, incorrectly sued as American International Industries, Inc.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br><br>Docket No.: MID-L-00011-20AS<br><br>CIVIL ACTION – ASBESTOS LITIGATION<br><br>**NOTICE OF ADOPTION OF STANDARD ANSWER OF DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES, *INCORRECTLY SUED AS AMERICAN INTERNATIONAL INDUSTRIES, INC.*** |

On March 26, 2020, Defendant American International Industries, incorrectly sued as American International Industries, Inc. ("AII") and through its attorneys, Hawkins Parnell & Young, LLP, in the above-captioned action, hereby adopts its Standard Answer to Plaintiff's Complaint, filed with the Superior Court, Law Division, Middlesex County, pursuant to the Order of the Honorable Thomas B. Mannion, dated May 5, 1989 relating to "In Re: Asbestos Litigation Venued in Middlesex County".

I hereby certify that a copy of the within Answer was served within the time prescribed by R. 4:6-1, *et seq.* of the rules governing the Courts of the State of New Jersey.

I hereby certify, pursuant to R. 4:5-1, that, upon information and belief, this matter is not the subject of any other action pending in any court or arbitration proceeding; and there are no additional parties who should be joined in this action.

Dated: New York, New York
March 26, 2020

**HAWKINS PARNELL & YOUNG, LLP**

Attorneys for Defendant
American International Industries, *incorrectly sued as American International Industries, Inc.*



______________________________
Roy F. Viola, Jr., Esq.