# EXHIBIT D

CASE JACKET

User:Taylor Giannasi

# Docket Number: MID L 000011 - 20

Back

Create Summary Report

**Case Caption:** Fields Est Of Marvin R Vs American Int Industries

**Court:** Civil Part
**Case Type:** Asbestos
**Case Track:** 4
**# of Discovery Days:** 450
**Original Discovery End Date:** 04/09/2021
**Original Arbitration Date:**
**Original Trial Date:**
**Disposition Date:**

**Venue:** Middlesex
**Case Status:** Active
**Judge:** Ana C Viscomi
**Age of Case:** 6 YR 08 MO 00 DY
**Current Discovery End Date:** 04/09/2021
**Current Arbitration Date:**
**Current Trial Date:**
**Case Disposition:** Open

**Case Initiation Date:** 01/02/2020
**Jury Demand:** 6 Jurors
**Team:** 5
**Consolidated Case:** N
**# of DED Extensions:** 0
**# of Arb Adjournments:** 0
**# of Trial Date Adjournments:** 0
**Statewide Lien:**

**Plaintiffs (2)** | Defendants (9) | Case Proceedings (17) | ACMS Documents (46) | Fees (45)

R Fields Est Of Marvin AKA (Party No. 1)

American International Inds (Party No. 9)

Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 03/27/2020 | | Answer W/CrossClaim W/Jury Demand submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNTL INDS against MARVIN FIELDS, BARRETT MINERALS, NESLEMUR, JOHNSON & JHNSN CONSUMER COS, JOHNSON & JOHNSON ET AL. | LCV2020611178 | 03/27/2020 |
| 03/27/2020 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNTL INDS against MARVIN FIELDS, BARRETT MINERALS, NESLEMUR, JOHNSON & JHNSN CONSUMER COS, JOHNSON & JOHNSON ET AL. | LCV2020611752 | 03/27/2020 |
| 05/04/2020 | | DESIGNATION OF TRIAL ATTORNEY submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of MARVIN FIELDS against BARRETT MINERALS | LCV2020818998 | 05/04/2020 |
| 10/01/2020 | | MOTION TO FILE 3RD COMPLAINT submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNTL INDS against MARVIN FIELDS, NESLEMUR | LCV20201743659 | 10/02/2020 |
| 11/05/2020 | | ORDER TO FILE THIRD PARTY COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE 3RD COMPLAINT [LCV20201743659] | LCV20201990919 | 11/05/2020 |
| 11/06/2020 | | 3RD PARTY COMPLAINT submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNTL INDS against NESLEMUR | LCV20202002643 | 11/06/2020 |
| 11/11/2020 | | AFFIDAVIT OF SERVICE submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNATIONAL INDS against NESLEMUR | LCV20202037665 | 11/11/2020 |
| 11/13/2020 | | CONSENT ORDER submitted by MC MEEKIN, JOHN, CHRISTIE of RAWLE & HENDERSON, LLP on behalf of CYPRUS MINES CORP against MARVIN FIELDS, AMERICAN INTERNATIONAL INDS | LCV20202053562 | 11/13/2020 |
| 11/17/2020 | | CERTIFICATION submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNATIONAL INDS, AMERICAN INTERNTL INDS against NESTLEMUR CO | LCV20202081849 | 11/17/2020 |
| 12/07/2020 | | CONSENT ORDER - Granted by Judge re: CONSENT ORDER [LCV20202053562] | LCV20202220483 | 12/07/2020 |
| 12/14/2020 | | MOTION TO STAY CASE submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNATIONAL INDS, AMERICAN INTERNTL INDS against NESTLEMUR CO ***LINKED FILING*** | LCV20202274763 | 12/14/2020 |
| 12/15/2020 | | The motion filed on 12/14/2020 will be decided on 01/08/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO STAY CASE [LCV20202274763] | LCV20202277346 | 12/15/2020 |
| 12/31/2020 | | CROSS MOTION DISMISSING COMPLAINT submitted by TURBERT, KEVIN, WILLIAM of CLYDE & CO US LLP on behalf of NESTLEMUR CO against AMERICAN INTERNATIONAL INDS ***LINKED FILING*** | LCV20202387807 | 12/31/2020 |
| 01/04/2021 | | OPPOSITION TO MOTION submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNATIONAL INDS, AMERICAN INTERNTL INDS against NESLEMUR ***LINKED FILING*** | LCV20219068 | 01/04/2021 |
| 01/06/2021 | | The motion filed on 12/31/2020 will be decided on 01/08/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: CROSS MOTION DISMISSING COMPLAINT [LCV20202387807] | LCV202127799 | 01/06/2021 |
| 01/11/2021 | | The motion filed on 12/14/2020 was rescheduled to 01/22/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO STAY CASE [LCV20202274763] | LCV202168266 | 01/11/2021 |
| 01/12/2021 | | The motion filed on 12/31/2020 was rescheduled to 01/22/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: CROSS MOTION DISMISSING COMPLAINT [LCV20202387807] | LCV202182397 | 01/12/2021 |
| 01/21/2021 | | The motion filed on 12/14/2020 was rescheduled to 02/05/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO STAY CASE [LCV20202274763] | LCV2021161796 | 01/21/2021 |
| 01/21/2021 | | The motion filed on 12/31/2020 was rescheduled to 02/05/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: CROSS MOTION DISMISSING COMPLAINT [LCV20202387807] | LCV2021161813 | 01/21/2021 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 02/03/2021 | | STIPULATION OF DISMISSAL submitted by CARNI, URIEL, S of CLYDE & CO US LLP on behalf of NESTLEMUR CO against AMERICAN INTERNATIONAL INDS, AMERICAN INTERNTL INDS | LCV2021254886 | 02/03/2021 |
| 02/04/2021 | | The motion filed on 12/14/2020 was rescheduled to 02/19/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO STAY CASE [LCV20202274763] | LCV2021271693 | 02/04/2021 |
| 02/04/2021 | | The motion filed on 12/31/2020 was rescheduled to 02/19/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: CROSS MOTION DISMISSING COMPLAINT [LCV20202387807] | LCV2021271700 | 02/04/2021 |
| 02/09/2021 | | Motion Result: Withdrawn on 02/09/2021 re: CROSS MOTION DISMISSING COMPLAINT [LCV20202387807] | LCV2021345126 | 02/12/2021 |
| 02/12/2021 | | NOTICE OF BANKRUPTCY submitted by MC MEEKIN, JOHN, CHRISTIE of RAWLE & HENDERSON, LLP on behalf of CYPRUS MINES CORP against MARVIN FIELDS | LCV2021341551 | 02/12/2021 |
| 02/12/2021 | | Motion Result: Withdrawn on 02/12/2021 re: MOTION TO STAY CASE [LCV20202274763] | LCV2021345188 | 02/12/2021 |
| 06/30/2021 | | MOTION TO FILE OR AMEND COMPLAINT submitted by WILSON, NEIDRA, SHENIKA of WEITZ & LUXENBERG PC on behalf of MARVIN FIELDS, AMERICAN INTERNATIONAL INDS against BARRETT MINERALS | LCV20211554824 | 06/30/2021 |
| 07/01/2021 | | The motion filed on 06/30/2021 will be decided on 07/23/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20211554824] | LCV20211568618 | 07/01/2021 |
| 07/22/2021 | | MOTION STAY PROCEEDING submitted by TURBERT, KEVIN, WILLIAM of CLYDE & CO US LLP on behalf of NESTLEMUR CO against MARVIN FIELDS ***LINKED FILING*** | LCV20211721012 | 07/22/2021 |
| 07/22/2021 | | The motion filed on 07/22/2021 will be decided on 08/27/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION STAY PROCEEDING [LCV20211721012] | LCV20211721449 | 07/22/2021 |
| 07/23/2021 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE OR AMEND COMPLAINT [LCV20211554824] | LCV20211728124 | 07/23/2021 |
| 07/27/2021 | | AMENDED COMPLAINT submitted by WILSON, NEIDRA, SHENIKA of WEITZ & LUXENBERG PC on behalf of MARVIN FIELDS against BARRETT MINERALS, AMERICAN INTERNTL INDS, JOHNSON & JHNSN CONSUMER COS | LCV20211752374 | 07/27/2021 |
| 08/17/2021 | | OPPOSITION TO MOTION submitted by WILSON, NEIDRA, SHENIKA of WEITZ & LUXENBERG PC on behalf of R FIELDS EST OF MARVIN against NESLEMUR ***LINKED FILING*** | LCV20211905125 | 08/17/2021 |
| 08/19/2021 | | The motion filed on 07/22/2021 was rescheduled to 09/10/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION STAY PROCEEDING [LCV20211721012] | LCV20211927150 | 08/19/2021 |
| 08/19/2021 | | CROSS MOTION TO STAY CASE submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNATIONAL INDS against R FIELDS EST OF MARVIN ***LINKED FILING*** | LCV20211928532 | 08/19/2021 |
| 08/20/2021 | | The motion filed on 08/19/2021 will be decided on 09/10/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: CROSS MOTION TO STAY CASE [LCV20211928532] | LCV20211933380 | 08/20/2021 |
| 08/20/2021 | | **CLERK NOTICE**: re: CROSS MOTION TO STAY CASE [LCV20211928532] -Pertaining to American International Inds. You filed incorrectly as a motion. Please withdraw as soon as possible. Refile as a general correspondence and linked it to adversary motion. howard.klein@njcourts.gov | LCV20211933402 | 08/20/2021 |
| 08/20/2021 | | CORRESPONDENCE submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNTL INDS against R FIELDS EST OF MARVIN ***LINKED FILING*** | LCV20211936889 | 08/20/2021 |
| 08/20/2021 | | CORRESPONDENCE submitted by VIOLA, ROY, F of HAWKINS PARNELL & YOUNG LLP on behalf of AMERICAN INTERNTL INDS against R FIELDS EST OF MARVIN ***LINKED FILING*** | LCV20211936895 | 08/20/2021 |
| 08/23/2021 | | Motion Result: Withdrawn on 08/23/2021 re: CROSS MOTION TO STAY CASE [LCV20211928532] | LCV20211944088 | 08/23/2021 |
| 09/07/2021 | | The motion filed on 07/22/2021 was rescheduled to 10/22/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION STAY PROCEEDING [LCV20211721012] | LCV20212065555 | 09/07/2021 |
| 10/14/2021 | | The motion filed on 07/22/2021 was rescheduled to 11/05/2021. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: MOTION STAY PROCEEDING [LCV20211721012] | LCV20212393536 | 10/14/2021 |
| 10/19/2021 | | NOTICE OF BANKRUPTCY submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of JOHNSON & JHNSN CONSUMER COS, JOHNSON & JOHNSON against R FIELDS EST OF MARVIN, AMERICAN INTERNATIONAL INDS | LCV20212432183 | 10/19/2021 |
| 11/01/2021 | | REPLY BRIEF submitted by TURBERT, KEVIN, WILLIAM of CLYDE & CO US LLP on behalf of NESTLEMUR CO against R FIELDS EST OF MARVIN ***LINKED FILING*** | LCV20212550803 | 11/01/2021 |
| 11/03/2021 | | The motion filed on 07/22/2021 was rescheduled to 11/19/2021. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: MOTION STAY PROCEEDING [LCV20211721012] | LCV20212559544 | 11/03/2021 |
| 11/18/2021 | | The motion filed on 07/22/2021 was rescheduled to 12/03/2021. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: MOTION STAY PROCEEDING [LCV20211721012] | LCV20212697820 | 11/18/2021 |
| 12/03/2021 | | ORDER STAY PROCEEDING-Granted by Judge VISCOMI, ANA, C re: MOTION STAY PROCEEDING [LCV20211721012] | LCV20212831486 | 12/03/2021 |
| 05/17/2023 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN | LCV20231564928 | 05/17/2023 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 06/05/2023 | | Order To Reinstate Case - GRANTED by Judge VISCOMI, ANA, C | LCV20231709992 | 06/05/2023 |
| 10/02/2023 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN, AMERICAN INTERNATIONAL INDS | LCV20233004116 | 10/02/2023 |
| 10/23/2023 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN | LCV20233190885 | 10/23/2023 |
| 10/23/2023 | | DEFICIENCY NOTICE: re: NOTICE OF BANKRUPTCY [LCV20233190885] -Barrett Minerals. Specialty Minerals Mineral Technologies are not named in this case. howard.klein@njcourts.gov | LCV20233190979 | 10/23/2023 |
| 10/25/2023 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNTL INDS against R FIELDS EST OF MARVIN | LCV20233205952 | 10/25/2023 |
| 01/29/2024 | | CONSENT ORDER submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of R FIELDS EST OF MARVIN against BARRETT MINERALS, CHATTEM INC | LCV2024236841 | 01/29/2024 |
| 02/05/2024 | | CONSENT ORDER - Granted by Judge VISCOMI, ANA, C re: CONSENT ORDER [LCV2024236841] | LCV2024304640 | 02/05/2024 |
| 02/09/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN, AMERICAN INTERNATIONAL INDS | LCV2024367967 | 02/09/2024 |
| 02/12/2024 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of R FIELDS EST OF MARVIN against BARRETT MINERALS | LCV2024376315 | 02/12/2024 |
| 04/15/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN | LCV2024966063 | 04/15/2024 |
| 05/17/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN | LCV20241259260 | 05/17/2024 |
| 06/26/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN | LCV20241605496 | 06/26/2024 |
| 07/17/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN | LCV20241777121 | 07/17/2024 |
| 08/23/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN | LCV20242070566 | 08/23/2024 |
| 09/26/2024 | | AMENDED ANSWER submitted by BROWN, ROBERT, D of GIBBONS PC on behalf of CHATTEM INC against R FIELDS EST OF MARVIN | LCV20242489988 | 09/26/2024 |
| 10/18/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN, AMERICAN INTERNATIONAL INDS, LLT MANAGEMENT LLC, AMERICAN INTERNTL INDS, CHATTEM INC ET AL. | LCV20242685106 | 10/18/2024 |
| 03/10/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN, AMERICAN INTERNATIONAL INDS, LLT MANAGEMENT LLC, AMERICAN INTERNTL INDS, CHATTEM INC ET AL. | LCV2025604422 | 03/10/2025 |
| 07/03/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETT MINERALS against R FIELDS EST OF MARVIN, AMERICAN INTERNATIONAL INDS, LLT MANAGEMENT LLC, AMERICAN INTERNTL INDS, CHATTEM INC ET AL. | LCV20251930520 | 07/03/2025 |

Showing 1 to 65 of 65 entries

Archive Records

| Record | Docket text | Archive ID | Entry Date | Entered By |
|---|---|---|---|---|
| | Case Files ARCHIVED - including one or more filings for a total of 42 pages | ARC202533688 | 03/05/2025 | G9SCRMP1 |

Showing 1 to 1 of 1 entries

Screen ID : ECCV3000 © Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2026.07.17.0