**LIST OF ALL PARTIES AND THEIR COUNSEL**

1. Weitz & Luxenberg Attorneys for Plaintiff
   Erin Boyle: EBOYLE@WEITZLUX.COM; NJTALCTEAMSTAFF@WEITZLUX.COM

2. Gordon Rees Scully Mansukhani, LLP, Attorney for American International Industries
   Roy Viola: RVIOLA@GRSM.COM

3. LTL Management LLC

4. McElroy, Deutsch, Mulvaney & Carpenter, LLP, Attorney for Barretts Minerals
   Joseph LaSala: JLASALA@MDMC-LAW.COM; ECANNING@MDMC-LAW.COM

5. FBT Gibbons, Attorney for Chattem Inc.
   Robert Brown, Jr.: RBROWN@FBTGIBBONS.COM; IREIBARKH@FBTGIBBONS.COM; RBROWN@GIBBONSLAW.COM

6. Rawle & Henderson LLP, Attorney for Cyprus Mines Corp
   John McMeekin: MCMEEKIN@RAWLE.COM; NJASBESTOSEFS@RAWLE.COM

7. McCarter & English, LLP, Attorney for Johnson & Johnson; Johnson & Johnson Consumer
   John Garde: JGARDE@MCCARTER.COM; BSHERMAN@MCCARTER.COM; BMURCH@MCCARTER.COM

8. Neslemur

9. Nestlemur Co.