**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Trenton Division**

**Alduha Ibrahim Leon, as Administrator of the Estate of Marvin R. Fields, deceased**

Plaintiff

v.

**AMERICAN INTERNATIONAL INDUSTRIES, INC.;**

**BARRETT MINERALS;**

**CHATTEM, INC.;**

**CYPRUS MINES CORPORATION,** INDIVIDUALLY AND DOING BUSINESS AS AND AS SUCCESSOR IN INTEREST TO AMERICAN TALC COMPANY, METROPOLITAN TALC COMPANY, METROPOLITAN TALC CO., INC., AND CHARLES MATHIEU, INC.;

**JOHNSON & JOHNSON;**

**JOHNSON & JOHNSON CONSUMER**

**COMPANIES, INC.;**

**NESLEMUR** as successor in interest to CLUBMAN;

**LLT MANAGEMENT LLC, F/K/A LTL MANAGEMENT LLC;**

**Case No. _____________**

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

[Originally filed in the Superior Court of New Jersey Law Division Middlesex County
Docket No. MID-L-000011-20 AS]

Related Cases:
Chapter 11
In re BMI Oldco, Inc., et al.
Bankruptcy Case No. 23-90794 (MI)

Civil Action No. 4:25-cv-02193 (CGH)
USDC-Southern District of Texas

Pending Motion:
Motion to Transfer and Fix Venue in the USDC-Southern District of Texas

**and JOHN DOE CORPORATIONS, 1-50**

Defendants.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant American International Industries ("A-I-I") provides the following disclosure:

American International Industries is a California general partnership. Its partners are Glamour Industries, Co., ARYZ Corp., ERX Corp., RAZY Properties, Inc., and SRYZ Corp. American International Industries is not a corporation; it has no parent corporation, subsidiary, and/or affiliate entity that has issued shares or debt securities to the public; and there is no publicly held company that owns 10 percent or more of its stock.

Dated: September 3, 2026

Respectfully submitted,

By: *<u>/s/ Roy F. Viola, Jr.</u>*
Roy F. Viola, Jr.

**GORDON REES SCULLY MANSUKHANI**
Attorneys for Defendant
American International Industries
290 West Mount Pleasant Avenue, Suite 3310
Livingston, NJ 07039
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
Email: rviola@grsm.com

**CERTIFICATE OF SERVICE**

On this 3rd day of September 2026, the undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record registered to receive a Notice of Electronic Filing.

*/s/ Roy F. Viola, Jr.* ___________
Roy F. Viola, Jr.