**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Trenton Division**

| | |
|---|---|
| **Alduha Ibrahim Leon, as Administrator of the Estate of Marvin R. Fields, deceased**<br><br>Plaintiff<br><br>v.<br><br>**AMERICAN INTERNATIONAL INDUSTRIES, INC.;**<br><br>**BARRETT MINERALS;**<br><br>**CHATTEM, INC.;**<br><br>**CYPRUS MINES CORPORATION,** INDIVIDUALLY AND DOING BUSINESS AS AND AS SUCCESSOR IN INTEREST TO AMERICAN TALC COMPANY, METROPOLITAN TALC COMPANY, METROPOLITAN TALC CO., INC., AND CHARLES MATHIEU, INC.;<br><br>**JOHNSON & JOHNSON;**<br><br>**JOHNSON & JOHNSON CONSUMER**<br><br>**COMPANIES, INC.;**<br><br>**NESLEMUR** as successor in interest to CLUBMAN;<br><br>**LLT MANAGEMENT LLC, F/K/A LTL MANAGEMENT LLC;** | **Case No. _____________**<br><br>**<u>NOTICE OF RELATED CASES</u>**<br><br>[Originally filed in the Superior Court of New Jersey Law Division Middlesex County<br>Docket No. MID-L-000011-20 AS]<br><br><u>Related Cases</u>:<br>Chapter 11<br>In re BMI Oldco, Inc., et al.<br>Bankruptcy Case No. 23-90794 (MI)<br><br>Civil Action No. 4:25-cv-02193 (CGH)<br>USDC-Southern District of Texas<br><br><u>Pending Motion:</u><br>Motion to Transfer and Fix Venue in the USDC-Southern District of Texas |

**and JOHN DOE CORPORATIONS, 1-50**

Defendants.

Defendant American International Industries ("A-I-I") hereby files this Notice of Related Cases. The following proceedings are related to this action:

1. In re BMI OldCo Inc., et al.,

   Bankruptcy Case No. 23-90794 (MI)

   United States Bankruptcy Court for the Southern District of Texas.

2. In re BMI OldCo Inc., et al.,

   Case No. 4:25-cv-2193

   United States District Court for the Southern District of Texas.

This action is related to the pending bankruptcy proceedings and to proceedings pending in the Southern District of Texas. The BMI OldCo bankruptcy case involves overlapping issues concerning bankruptcy jurisdiction, venue, transfer, administration of talc-related claims, and the coordination of litigation involving products containing talc supplied by Barretts Minerals Inc. ("BMI"). This action likewise involves allegations arising from products manufactured with BMI-supplied talc and presents factual and legal issues that substantially overlap with issues pending in the foregoing proceedings. In addition, Plaintiff has filed a proof of claim in the BMI OldCo bankruptcy proceedings based on the same or

substantially similar alleged injuries and exposures at issue in this action involving the same BMI-supplied talc and substantially overlapping issues concerning asbestos content, causation, and liability.

On September 2, 2026, A-I-I filed a Motion to Transfer and Fix Venue for Claims Related to BMI's Chapter 11 Bankruptcy under 28 U.S.C. §§ 157(b)(5) and 1334(b) in the United States District Court for the Southern District of Texas, Houston Division. (Case 4:25-cv-02193; Doc. 102). This case is among those A-I-I seeks to transfer and consolidate in the Southern District of Texas, where the bankruptcy case and general causation proceeding are currently pending. Coordinated treatment of these matters will avoid inconsistent rulings, conserve judicial and party resources, and promote the efficient resolution of common issues.

Dated: September 3, 2026

Respectfully submitted,

By: *<u>/s/ Roy F. Viola, Jr.</u>*
Roy F. Viola, Jr.

**GORDON REES SCULLY MANSUKHANI**
Attorneys for Defendant
American International Industries
290 West Mount Pleasant Avenue, Suite 3310
Livingston, NJ 07039
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
Email: rviola@grsm.com

**CERTIFICATE OF SERVICE**

On this 3rd day of September 2026, the undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record registered to receive a Notice of Electronic Filing.

*/s/ Roy F. Viola, Jr.* ____________
Roy F. Viola, Jr.