**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Trenton Division**

| | |
|---|---|
| **Alduha Ibrahim Leon, as Administrator of the Estate of Marvin R. Fields, deceased**<br><br>Plaintiff<br><br>v.<br><br>**AMERICAN INTERNATIONAL INDUSTRIES, INC.;**<br><br>**BARRETT MINERALS;**<br><br>**CHATTEM, INC.;**<br><br>**CYPRUS MINES CORPORATION,** INDIVIDUALLY AND DOING BUSINESS AS AND AS SUCCESSOR IN INTEREST TO AMERICAN TALC COMPANY, METROPOLITAN TALC COMPANY, METROPOLITAN TALC CO., INC., AND CHARLES MATHIEU, INC.;<br><br>**JOHNSON & JOHNSON;**<br><br>**JOHNSON & JOHNSON CONSUMER**<br><br>**COMPANIES, INC.;**<br><br>**NESLEMUR** as successor in interest to CLUBMAN;<br><br>**LLT MANAGEMENT LLC, F/K/A LTL MANAGEMENT LLC;** | **Case No. _____________**<br><br>**<u>STATEMENT OF NON-CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENT</u>**<br><br>[Originally filed in the Superior Court of New Jersey Law Division Middlesex County<br>Docket No. MID-L-000011-20 AS]<br><br><u>Related Cases</u>:<br>Chapter 11<br>In re BMI Oldco, Inc., et al.<br>Bankruptcy Case No. 23-90794 (MI)<br><br>Civil Action No. 4:25-cv-02193 (CGH)<br>USDC-Southern District of Texas<br><br><u>Pending Motion:</u><br>Motion to Transfer and Fix Venue in the USDC-Southern District of Texas |



4917-9206-5741 v.1

**and JOHN DOE CORPORATIONS, 1-50**

Defendants.

Pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(1), American International Industries ("A-I-I") does not consent to the entry of final orders or judgment by the Bankruptcy Court with respect to any claim or cause of action removed herein. This statement is made in the event any removed claim or cause of action is referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a). A-I-I further reserves all rights with respect to venue, transfer, withdrawal of the reference, adjudication by an Article III court, and any other jurisdictional, statutory, constitutional, or procedural issues that may arise in connection with this proceeding or the underlying bankruptcy case.

Dated: September 3, 2026

Respectfully submitted,

By: *_/s/ Roy F. Viola, Jr._*
Roy F. Viola, Jr.

**GORDON REES SCULLY MANSUKHANI**
Attorneys for Defendant
American International Industries
290 West Mount Pleasant Avenue, Suite 3310
Livingston, NJ 07039
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
Email: rviola@grsm.com

**CERTIFICATE OF SERVICE**

On this 3rd day of September 2026, the undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record registered to receive a Notice of Electronic Filing.

*/s/ Roy F. Viola, Jr.* ___________
Roy F. Viola, Jr.